# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ISRAEL SEWER ET AL**,<br><br>Plaintiffs,<br><br>v.<br><br>**AUTONOMOUS MUNICIPALITY OF SAN JUAN, ET AL.**<br><br>Defendants. | **CIV. NO.** 23-1057 (MDM) |

## JUDGMENT

Pursuant to the Court's Order at Docket No. 17, the Court hereby enters Judgment **DISMISSING with prejudice** the present action. Each party shall bear its own costs and fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 8th day of January 2024.

MARSHAL D. MORGAN
United States Magistrate Judge